986

No. 616. SINCLAIR ET AL. *v.* CALIFORNIA ET AL. District Court of Appeal of California, Fourth Appellate District. Certiorari denied. *Phill Silver* for petitioners. *Stanley Mosk,* Attorney General, *Howard S. Goldin,* Assistant Attorney General, *Robert E. Reed, R. B. Pegram, N. B. Peek* and *Paul E. Overton* for respondents.

No. 618. QUARLES *v.* STATE BAR OF TEXAS ET AL. Supreme Court of Texas. Certiorari denied. *Harry P. Jarvis* for petitioner. *Davis Grant* for respondents. Reported below: —— Tex. ——, —— S. W. 2d ——.

No. 622. ABERNATHY ET AL. *v.* PATTERSON, GOVERNOR OF ALABAMA, ET AL. C. A. 5th Cir. Certiorari denied. *Charles S. Conley, Eugene Cotton* and *Richard F. Watt* for petitioners. *Robert E. Steiner III, Sam Rice Baker* and *M. Roland Nachman, Jr.* for respondents.

No. 624. HENDRICKSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Hiram W. Kwan* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 625. DAWSON, U. S. DISTRICT JUDGE, *v.* LUMMUS COMPANY. C. A. 2d Cir. Certiorari denied. *David W. Peck, Ruben Rodriguez-Antongiorgi, Richard deY. Manning* and *Milton Pollack* for petitioner. *John T. Cahill, Lawrence J. McKay* and *Raymond L. Falls, Jr.* for respondent.

No. 630. SPIERS *v.* CONSOLIDATED COMPANIES, INC., ET AL. Supreme Court of Louisiana. Certiorari denied. *Fred G. Benton* for petitioner.